FILED

MAY 15 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

1328 Lloyd Thayer Circle,
Stockton, CA

CASE NO. 2:14SW-0257 KJN

[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: 5/15/14

_____
HON. ALLISON CLAIRE
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and Application

1